**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maurice H. Roberson, Jr.,

Plaintiff,

vs.

Western Wireless Corporation,
d/b/a Cellular One,

Defendant.

Case No. 00-1413 RHK/JMM

**STIPULATION OF DISMISSAL AND ORDER**

---

Pursuant to the Settlement Agreement and Release entered into by the parties, it is hereby stipulated and agreed by the parties, through their counsel, that the above-entitled action may be dismissed with prejudice and on the merits with no costs to either party.

BRIGGS AND MORGAN, P.A.

By: ______________________
Daniel R. Wachtler (Atty. No. 113360)
W-2200 First National Bank Building.
332 Minnesota Street
St. Paul, MN 55101
(651) 223-6638
**Attorneys for Defendant**

By: ______________________
Wayne J. Rice (Atty. No. 227110)
Attorney at Law
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552
**Attorneys for Plaintiff**

DEC 22 2000

FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 22 2000
DEPUTY CLERK

Based upon the parties' Stipulation of Dismissal, it is hereby ordered that the above matter is dismissed with prejudice and without further costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 12/22/00

By: ____________________
United States District Court Judge